UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CATHERINE NUGENT, | ) ) ) | |
| PLAINTIFF, | ) ) | |
| v. | ) ) | Civ. No. 14-cv-0416 (KBJ) |
| NATIONAL PUBLIC RADIO, INC., | ) ) ) | |
| DEFENDANT. | ) ) | |

### ORDER

On March 17, 2014, Defendant National Public Radio, Inc. ("NPR"), a citizen of the District of Columbia, removed this case from Superior Court, asserting diversity jurisdiction under 28 U.S.C. § 1441(b). (ECF No. 1.)  Thereafter, NPR filed a Consent Motion to Withdraw Notice of Removal (ECF No. 7), which is currently before the Court.  In its motion, NPR seeks an order remanding this matter to the Superior Court on the grounds that it improperly removed this case because plaintiff filed it in the District of Columbia Superior Court, and NPR is a citizen of the District of Columbia.  *See* 28 U.S.C. § 1441(b)(2).

This Court agrees that removal was improper under 28 U.S.C. §1441(b)(2).  Accordingly, it is hereby

**ORDERED** that NPR's Motion to Withdraw Notice of Removal [7] is **GRANTED**.  It is

**FURTHER ORDERED** that this case is **REMANDED** to Superior Court.

**SO ORDERED**.

Date:  March 28, 2014           *Ketanji Brown Jackson*
                                KETANJI BROWN JACKSON
                                United States District Judge